No. 98–1127. BOWERSOX, SUPERINTENDENT, POTOSI CORREC- TIONAL CENTER *v.* SMITH. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari de- nied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 98–7465. BITTERMAN *v.* BITTERMAN. Sup. Ct. Fla. Mo- tion of respondent Boose Casey Ciklin Lubitz Martens McBane & O'Connell for damages denied. Motion of petitioner for damages denied. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 98–7817. LEVITAN *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner to seal petition for writ of certiorari denied. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮